UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: RIZZO, KATHY MARIE                   § Case No. 09-74277
                                            §
                                            §
                                            §
Debtor(s)                                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/27/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 08/17/2010         By: /s/MEGAN G. HEEG
                                    Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: RIZZO, KATHY MARIE               § Case No. 09-74277
                                        §
                                        §
Debtor(s)                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 135,572.09 |
| and approved disbursements of | $ 442.00 |
| leaving a balance on hand of [1] | $ 135,130.09 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 4,768.40 | $ 113.15 |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 1,130.00 | $ 84.00 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Carl C. Swanson, CPA | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant*                         *Allowed Amt. of Claim   Proposed Payment*
                              N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,961.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 1,008.62 | $ 1,008.62 |
| 1I | TARGET NATIONAL BANK | $ 3.64 | $ 3.64 |
| 2 | Chase Bank USA, N.A. | $ 2,418.75 | $ 2,418.75 |
| 2I | Chase Bank USA, N.A. | $ 8.72 | $ 8.72 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 214.55 | $ 214.55 |
| 3I | PYOD LLC its successors and assigns as assignee of | $ 0.77 | $ 0.77 |
| 4 | CAPITAL ONE BANK USA, N.A. | $ 6,892.86 | $ 6,892.86 |
| 4I | CAPITAL ONE BANK USA, N.A. | $ 24.85 | $ 24.85 |
| 5 | CAPITAL ONE BANK USA, N.A. | $ 1,677.90 | $ 1,677.90 |
| 5I | CAPITAL ONE BANK USA, N.A. | $ 6.05 | $ 6.05 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | GE Money Bank dba SAM'S CLUB | $ 2,867.83 | $ 2,867.83 |
| 6I | GE Money Bank dba SAM'S CLUB | $ 10.34 | $ 10.34 |
| 7 | PRA Receivables Management, LLC | $ 2,417.83 | $ 2,417.83 |
| 7I | PRA Receivables Management, LLC | $ 8.72 | $ 8.72 |
| 8 | Capital Recovery III LLC As Assignee of Citibank | $ 7,125.23 | $ 7,125.23 |
| 8I | Capital Recovery III LLC As Assignee of Citibank | $ 25.69 | $ 25.69 |
| 9 | Sallie Mae | $ 6,337.51 | $ 6,337.51 |
| 9I | Sallie Mae | $ 22.85 | $ 22.85 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,564.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.4 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ 2,564.51 | $ 2,564.51 |
| 10I | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ 9.25 | $ 9.25 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-NFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $95,388.07.

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RIZZO, KATHY MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 09-74277 BARB<br><br>JUDGE Manuel Barbosa |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Manuel Barbosa
      BANKRUPTCY JUDGE

NOW COMES MEGAN G. HEEG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,768.40 as compensation, $0.00 of which has previously been paid, and $113.15 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $40,184.02. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 3,518.40 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 4,768.40 | |

### II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Trustee's Bond | $ 113.15 |
| TOTAL EXPENSES | $ 113.15 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this _____ day of _____,2010____

                                                /s/ Megan G. Heeg
                                                MEGAN G. HEEG, Trustee
                                                Ehrmann Gehlbach Badger & Lee, LLC
                                                215 E. First St.
                                                P.O. Box 447
                                                Dixon, IL  61021
                                                Telephone # (815) 288-4949

**EXHIBIT F**