UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: RIZZO, KATHY MARIE § Case No. 09-74277
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/27/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 08/17/2010   By: /s/MEGAN G. HEEG
                        Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: RIZZO, KATHY MARIE      §   Case No. 09-74277
                   §
                   §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 135,572.09 |
| *and approved disbursements of* | $ 442.00 |
| *leaving a balance on hand of* [1] | $ 135,130.09 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 4,768.40 | $ 113.15 |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 1,130.00 | $ 84.00 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Carl C. Swanson, CPA | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,961.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 1,008.62 | $ 1,008.62 |
| 1I | TARGET NATIONAL BANK | $ 3.64 | $ 3.64 |
| 2 | Chase Bank USA, N.A. | $ 2,418.75 | $ 2,418.75 |
| 2I | Chase Bank USA, N.A. | $ 8.72 | $ 8.72 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 214.55 | $ 214.55 |
| 3I | PYOD LLC its successors and assigns as assignee of | $ 0.77 | $ 0.77 |
| 4 | CAPITAL ONE BANK USA, N.A. | $ 6,892.86 | $ 6,892.86 |
| 4I | CAPITAL ONE BANK USA, N.A. | $ 24.85 | $ 24.85 |
| 5 | CAPITAL ONE BANK USA, N.A. | $ 1,677.90 | $ 1,677.90 |
| 5I | CAPITAL ONE BANK USA, N.A. | $ 6.05 | $ 6.05 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | GE Money Bank dba SAM'S CLUB | $ 2,867.83 | $ 2,867.83 |
| 6I | GE Money Bank dba SAM'S CLUB | $ 10.34 | $ 10.34 |
| 7 | PRA Receivables Management, LLC | $ 2,417.83 | $ 2,417.83 |
| 7I | PRA Receivables Management, LLC | $ 8.72 | $ 8.72 |
| 8 | Capital Recovery III LLC As Assignee of Citibank | $ 7,125.23 | $ 7,125.23 |
| 8I | Capital Recovery III LLC As Assignee of Citibank | $ 25.69 | $ 25.69 |
| 9 | Sallie Mae | $ 6,337.51 | $ 6,337.51 |
| 9I | Sallie Mae | $ 22.85 | $ 22.85 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,564.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.4 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ 2,564.51 | $ 2,564.51 |
| 10I | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ 9.25 | $ 9.25 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-NFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $95,388.07.

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RIZZO, KATHY MARIE | CHAPTER 7 CASE<br><br>CASE NO. 09-74277 BARB<br><br>JUDGE Manuel Barbosa |
| Debtor(s) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: HONORABLE Manuel Barbosa
BANKRUPTCY JUDGE

NOW COMES MEGAN G. HEEG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,768.40 as compensation, $0.00 of which has previously been paid, and $113.15 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $40,184.02. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 3,518.40 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 4,768.40 | |

### II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Trustee's Bond | $ 113.15 |
| TOTAL EXPENSES | $ 113.15 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this _____ day of _____ ,2010____

/s/ Megan G. Heeg
MEGAN G. HEEG, Trustee
Ehrmann Gehlbach Badger & Lee, LLC
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Telephone # (815) 288-4949

**EXHIBIT F**

Case 09-74277    Doc 35    Filed 09/07/10    Entered 09/09/10 23:36:52    Desc Imaged
                          Certificate of Service    Page 8 of 8

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez              Page 1 of 1             Date Rcvd: Sep 07, 2010
Case: 09-74277                 Form ID: pdf006            Total Noticed: 31

The following entities were noticed by first class mail on Sep 09, 2010.
db          +Kathy Marie Rizzo,    751 Manor Road,    Crystal Lake, IL 60014-1707
aty         +Scott A Bentley,    Law Office of Scott A. Bentley,    618 S. Route 31,    Suite 1,
              McHenry, IL 60050-8273
14522340    +American Home Mortgage Servicing,    PO Box 631730,    Irving, TX 75063-0002
14522341    +Association Specialists,    830 S. Buffalo Grove Road,    Suite 100,    Buffalo Grove, IL 60089-3772
14522342    +Association Specialists,    o/b/o Three Oaks Square,    830 S. Buffalo Grove Road, Ste 100,
              Buffalo Grove, IL 60089-3772
14522343     Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
14522344     Best Buy,   PO Box 17298,    Wilmington, DE 19850-7298
14829362     CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
              Charlotte, NC 28272-1083
14522345     Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14522346     Capital One Business,    PO Box 30285,    Salt Lake City, UT 84130-0285
15015070    +Capital Recovery III LLC As Assignee of Citibank,    Care of Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14522347    +Chase,    PO Box 24714,    Columbus, OH 43224-0714
14522348     Chase - Marriott Rewards,    PO Box 15298,    Wilmington, DE 19850-5298
14756922     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14522349    +Citibank,    PO BOX 6500,    Sioux Falls, SD 57117-6500
14522350     Creditors Interchange,    o/b/o Bank One,    PO Box 2270,    Buffalo, NY 14240-2270
14522351     HSBC,   PO Bxo 5244,    Carol Stream, IL 60197-5244
15628182    +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14522352     Meijer & Njus,    o/b/o GE Money Bank,    1100 US Bank Plaza,    Minneapolis, MN 55402
14522353     NCO Financial Systems,    o/b/o GE Money Bank,    PO Box 96001,    Orlando, FL 32896-0001
14976662    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o S&H Greenpoints,
              POB 41067,    NORFOLK VA 23541-1067
14795153    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
15044752    +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes-Barre, Pa 18706-1496
14522354     Sallie Mae,    PO Box 9532,    Wilkes-Barre, PA 18773-9532
14737567    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14522357     Target National Bank,    PO BOX 59317,    Minneapolis,MN 55459-0317
14522358    +Zwicker & Associates,    o/b/o Sam's Club,    80 Minuteman Road,    Andover, MA 01810-1008
The following entities were noticed by electronic transmission on Sep 07, 2010.
tr          +E-mail/Text: KATHY@EGBBL.COM                             Megan G Heeg,
              Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
14522339    +E-mail/Text: roy.buchholz@allianceoneinc.com                             Alliance One,
              o/b/o Citibank,    1160 Centre Point Drive, Ste 2,    Mendota Heights, MN 55120-1270
14925498    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2010 00:33:41      GE Money Bank dba SAM'S CLUB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14522355     E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2010 00:33:41      Sams Club,    P OBox 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
14522356*     Sams Club,    P OBox 981064,    El Paso, TX 79998-1064
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2010**                **Signature:** _/s/ Joseph Speetjens_