IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

IN RE:
RIZZO, KATHY MARIE

CHAPTER 7 CASE

CASE NO. 09-74277 BARB

JUDGE Manuel Barbosa

Debtor(s)

## AMENDED DISTRIBUTION REPORT

I, <u>MEGAN G. HEEG</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,097.73 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 30,961.08 |
| Tardily-Filed Unsecured Claims: | $ 2,564.51 |
| Post-Petition Interest: | $ 140.46 |
| Surplus to Debtor: | $ 95,376.63 |

TOTAL AMOUNT TO BE DISTRIBUTED:      $ 135,140.41

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 6,539.73 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | MEGAN G. HEEG | | 4,770.58 | 4,770.58 |
| | Carl C. Swanson, CPA | | 442.00 | 0.00 |
| | MEGAN G. HEEG | | 113.15 | 113.15 |
| | Ehrmann Gehlbach Badger & Lee | | 84.00 | 84.00 |
| | Ehrmann Gehlbach Badger & Lee | | 1,130.00 | 1,130.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL   $ | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | | $ | 0.00 | 0.00% |

**EXHIBIT D**

DISTRIBUTION REPORT　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 2

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT                                                                      PAGE 3

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 30,961.08 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1 | TARGET NATIONAL BANK | 1,008.62 | 1,008.62 |
| 2 | Chase Bank USA, N.A. | 2,418.75 | 2,418.75 |
| 3 | PYOD LLC its successors and assigns as assignee of | 214.55 | 214.55 |
| 4 | CAPITAL ONE BANK USA, N.A. | 6,892.86 | 6,892.86 |
| 5 | CAPITAL ONE BANK USA, N.A. | 1,677.90 | 1,677.90 |
| 6 | GE Money Bank dba SAM'S CLUB | 2,867.83 | 2,867.83 |
| 7 | PRA Receivables Management, LLC | 2,417.83 | 2,417.83 |
| 8 | Capital Recovery III LLC As Assignee of Citibank | 7,125.23 | 7,125.23 |
| 9 | Sallie Mae | 6,337.51 | 6,337.51 |
| | | TOTAL        $ | 30,961.08 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

EXHIBIT D

DISTRIBUTION REPORT																					PAGE 4

| | | | | |
|---|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ | 2,564.51 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 10 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | | 2,564.51 | 2,564.51 |
| | | TOTAL $ | | 2,564.51 |

| **16.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | | 0.00 |

| **17.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(5) - Interest | | $ | 140.46 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1I | TARGET NATIONAL BANK | | 4.23 | 4.23 |
| 2I | Chase Bank USA, N.A. | | 10.13 | 10.13 |
| 3I | PYOD LLC its successors and assigns as assignee of | | 0.90 | 0.90 |
| 4I | CAPITAL ONE BANK USA, N.A. | | 28.88 | 28.88 |
| 5I | CAPITAL ONE BANK USA, N.A. | | 7.03 | 7.03 |
| 6I | GE Money Bank dba SAM'S CLUB | | 12.02 | 12.02 |
| 7I | PRA Receivables Management, LLC | | 10.13 | 10.13 |
| 8I | Capital Recovery III LLC As Assignee of Citibank | | 29.85 | 29.85 |
| 9I | Sallie Mae | | 26.55 | 26.55 |
| 10I | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | | 10.74 | 10.74 |
| | | TOTAL $ | | 140.46 |

| **18.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ | 95,376.63 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| SURPLUS | RIZZO, KATHY MARIE | | 95,376.63 | 95,376.63 |
| | | TOTAL $ | | 95,376.63 |

EXHIBIT D

**DISTRIBUTION REPORT**                                                                    **PAGE 5**

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | DISALLOWED AMOUNT OF CLAIM | /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _10-8-10_                                    _____
                                                    MEGAN G. HEEG, Trustee

**EXHIBIT D**