**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: RIZZO, KATHY MARIE § | Case No. 09-74277 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $216,644.32 *(without deducting any secured claims)* | Assets Exempt: $13,114.52 |
| Total Distribution to Claimants: $33,666.05 | Claims Discharged Without Payment: $6,072.27 |
| Total Expenses of Administration: $6,539.73 | |

    3) Total gross receipts of $ 135,582.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 95,376.63 (see **Exhibit 2**), yielded net receipts of $40,205.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,656.00 | 6,539.73 | 6,539.73 | 6,539.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 39,828.94 | 33,666.05 | 33,666.05 | 33,666.05 |
| **TOTAL DISBURSEMENTS** | $41,484.94 | $40,205.78 | $40,205.78 | $40,205.78 |

4) This case was originally filed under Chapter 7 on September 30, 2009. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2011 By: /s/MEGAN G. HEEG
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Interest in Estate of Decedent (Mom) | 1110-000 | 135,437.13 |
| Interest Income | 1270-000 | 145.28 |
| **TOTAL GROSS RECEIPTS** | | **$135,582.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RIZZO, KATHY MARIE | Dividend paid 100.00% on $95,376.63; Claim# SURPLUS; Filed: $95,376.63; Reference: | 8200-000 | 95,376.63 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$95,376.63** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 4,770.58 | 4,770.58 | 4,770.58 |
| MEGAN G. HEEG | 2200-000 | N/A | 113.15 | 113.15 | 113.15 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3110-000 | | N/A | 1,130.00 | 1,130.00 | 1,130.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | | N/A | 84.00 | 84.00 | 84.00 |
| Carl C. Swanson, CPA | 3410-000 | | N/A | 442.00 | 442.00 | 442.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 6,539.73 | 6,539.73 | 6,539.73 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | 790.70 | 1,008.62 | 1,008.62 | 1,008.62 |
| 1I | TARGET NATIONAL BANK | 7990-000 | 0.00 | 4.23 | 4.23 | 4.23 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 2,173.31 | 2,418.75 | 2,418.75 | 2,418.75 |
| 2I | Chase Bank USA, N.A. | 7990-000 | 0.00 | 10.13 | 10.13 | 10.13 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 214.55 | 214.55 | 214.55 |
| 3I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 0.90 | 0.90 | 0.90 |
| 4 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 5,456.78 | 6,892.86 | 6,892.86 | 6,892.86 |
| 4I | CAPITAL ONE BANK USA, N.A. | 7990-000 | 0.00 | 28.88 | 28.88 | 28.88 |
| 5 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 788.61 | 1,677.90 | 1,677.90 | 1,677.90 |
| 5I | CAPITAL ONE BANK USA, N.A. | 7990-000 | 0.00 | 7.03 | 7.03 | 7.03 |
| 6 | GE Money Bank dba SAM'S CLUB | 7100-000 | 6,208.12 | 2,867.83 | 2,867.83 | 2,867.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6I | GE Money Bank dba SAM'S CLUB | 7990-000 | 0.00 | 12.02 | 12.02 | 12.02 |
| 7 | PRA Receivables Management, LLC | 7100-000 | N/A | 2,417.83 | 2,417.83 | 2,417.83 |
| 7I | PRA Receivables Management, LLC | 7990-000 | N/A | 10.13 | 10.13 | 10.13 |
| 8 | Capital Recovery III LLC As Assignee of Citibank | 7100-000 | N/A | 7,125.23 | 7,125.23 | 7,125.23 |
| 8I | Capital Recovery III LLC As Assignee of Citibank | 7990-000 | N/A | 29.85 | 29.85 | 29.85 |
| 9 | Sallie Mae | 7100-000 | 13,397.37 | 6,337.51 | 6,337.51 | 6,337.51 |
| 9I | Sallie Mae | 7990-000 | 0.00 | 26.55 | 26.55 | 26.55 |
| 10 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | 7200-000 | 4,941.78 | 2,564.51 | 2,564.51 | 2,564.51 |
| 10I | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | 7990-000 | 0.00 | 10.74 | 10.74 | 10.74 |
| NOTFILED | Alliance One o/b/o Citibank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange o/b/o Bank One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Association Specialists | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 5,812.27 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 39,828.94 | 33,666.05 | 33,666.05 | 33,666.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74277  
**Case Name:** RIZZO, KATHY MARIE  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/30/09 (f)  
**§341(a) Meeting Date:** 11/06/09  

**Period Ending:** 03/10/11  
**Claims Bar Date:** 02/09/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 202,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS - savings account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS - checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | PENSION PLANS AND PROFIT SHARING | 10,554.32 | 0.00 | DA | 0.00 | FA |
| 6 | INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | LIQUIDATED DEBTS OWING DEBTOR | 1,290.00 | 0.00 | DA | 0.00 | FA |
| 8 | Potential Interest in Estate of Decedent (Mom) | 135,437.13 | 135,437.13 | | 135,437.13 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 10 | Beneficial int. in deceased mother's retirement (u) | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 145.28 | FA |
| 11 | Assets   Totals (Excluding unknown values) | **$352,081.45** | **$135,437.13** | | **$135,582.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 10, 2010    **Current Projected Date Of Final Report (TFR):**   December 10, 2010  (Actual)

Printed: 03/10/2011 12:16 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-74277  
**Case Name:** RIZZO, KATHY MARIE  

**Taxpayer ID #:** **-***4639  
**Period Ending:** 03/10/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-19 - Time Deposit Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/09 |  | FUNDING ACCOUNT: ********5665 |  | 9999-000 | 135,000.00 |  | 135,000.00 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 50.50 |  | 135,050.50 |
| 04/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 16.65 |  | 135,067.15 |
| 04/13/10 |  | Transfer out to account ********5665 | Transfer out to account ********5665 | 9999-000 | -135,067.15 |  | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -67.15 | 0.00 |
| **Subtotal** | 67.15 | 0.00 |
| Less: Payments to Debtors |  | 0.00 |
| **NET Receipts / Disbursements** | **$67.15** | **$0.00** |

{} Asset reference(s)

Printed: 03/10/2011 12:16 PM     V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74277  
**Case Name:** RIZZO, KATHY MARIE  

**Taxpayer ID #:** **-***4639  
**Period Ending:** 03/10/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/09 | {8} | Kathy Rizzo Udell | inheritance | 1110-000 | 135,437.13 | | 135,437.13 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.49 | | 135,440.62 |
| 12/09/09 | | ACCOUNT FUNDED: ********5619 | | 9999-000 | | 135,000.00 | 440.62 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 442.10 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 442.11 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 442.12 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 442.13 |
| 04/06/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -442.13 | | 0.00 |
| 04/13/10 | | Transfer in from account ********5619 | Transfer in from account ********5619 | 9999-000 | 135,067.15 | | 135,067.15 |
| 04/13/10 | | Wire out to BNYM account 9200******5619 | Wire out to BNYM account 9200******5619 | 9999-000 | -135,067.15 | | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | 135,000.00 | 135,000.00 | $0.00 |
| Less: Bank Transfers | -442.13 | 135,000.00 | |
| **Subtotal** | 135,442.13 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$135,442.13** | **$0.00** | |

{} Asset reference(s)

Printed: 03/10/2011 12:16 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74277  
**Case Name:** RIZZO, KATHY MARIE  

**Taxpayer ID #:** **-***4639  
**Period Ending:** 03/10/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-19 - Trustee Investment Acct  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 135,067.15 | | 135,067.15 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 9.43 | | 135,076.58 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 17.21 | | 135,093.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 16.66 | | 135,110.45 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 17.21 | | 135,127.66 |
| 08/05/10 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 2.22 | | 135,129.88 |
| 08/05/10 | | To Account #9200******5665 | Close TIA via TIA Rollover | 9999-000 | | 135,127.66 | 2.22 |
| 08/05/10 | | Interest Transfer | | 9999-000 | | 2.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 135,129.88 | 135,129.88 | $0.00 |
| | | | Less: Bank Transfers | | 135,067.15 | 135,129.88 | |
| | | | **Subtotal** | | 62.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$62.73** | **$0.00** | |

{} Asset reference(s)

Printed: 03/10/2011 12:16 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-74277 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | RIZZO, KATHY MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******56-65 - Money Market Account |
| Taxpayer ID #: | **-***4639 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/10/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 442.13 | | 442.13 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 442.15 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 442.17 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 442.20 |
| 07/15/10 | 11001 | Carl C. Swanson, CPA | | 3410-000 | | 442.00 | 0.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 0.21 |
| 08/05/10 | | Interest Transfer | | 9999-000 | 2.22 | | 2.43 |
| 08/05/10 | | From Account #9200******5619 | Close TIA via TIA Rollover | 9999-000 | 135,127.66 | | 135,130.09 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.99 | | 135,137.08 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.33 | | 135,140.41 |
| 10/08/10 | | To Account #9200******5666 | final distribution | 9999-000 | | 135,140.41 | 0.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 0.77 |
| 01/06/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.77 | | 0.00 |
| | | ACCOUNT TOTALS | | | 135,582.41 | 135,582.41 | $0.00 |
| | | Less: Bank Transfers | | | 135,572.01 | 135,140.41 | |
| | | **Subtotal** | | | 10.40 | 442.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$10.40** | **$442.00** | |

{} Asset reference(s)        Printed: 03/10/2011 12:16 PM    V.12.56

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 09-74277  
**Case Name:** RIZZO, KATHY MARIE  
**Taxpayer ID #:** **-***4639  
**Period Ending:** 03/10/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/10 | | From Account #9200******5665 | final distribution | 9999-000 | 135,140.41 | | 135,140.41 |
| 10/13/10 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $84.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 84.00 | 135,056.41 |
| 10/13/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,130.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,130.00 | 133,926.41 |
| 10/13/10 | 103 | TARGET NATIONAL BANK | Dividend paid 100.00% on $1,008.62; Claim# 1; Filed: $1,008.62; Reference: 4352373361697748 | 7100-000 | | 1,008.62 | 132,917.79 |
| 10/13/10 | 104 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2,418.75; Claim# 2; Filed: $2,418.75; Reference: 4388 5400 1050 8033 | 7100-000 | | 2,418.75 | 130,499.04 |
| 10/13/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $214.55; Claim# 3; Filed: $214.55; Reference: | 7100-000 | | 214.55 | 130,284.49 |
| 10/13/10 | 106 | CAPITAL ONE BANK USA, N.A. | Dividend paid 100.00% on $6,892.86; Claim# 4; Filed: $6,892.86; Reference: 5178 0523 3636 243 | 7100-000 | | 6,892.86 | 123,391.63 |
| 10/13/10 | 107 | CAPITAL ONE BANK USA, N.A. | Dividend paid 100.00% on $1,677.90; Claim# 5; Filed: $1,677.90; Reference: 4115 0725 6000 8966 | 7100-000 | | 1,677.90 | 121,713.73 |
| 10/13/10 | 108 | GE Money Bank dba SAM'S CLUB | Dividend paid 100.00% on $2,867.83; Claim# 6; Filed: $2,867.83; Reference: 7714100251905766 | 7100-000 | | 2,867.83 | 118,845.90 |
| 10/13/10 | 109 | PRA Receivables Management, LLC | Dividend paid 100.00% on $2,417.83; Claim# 7; Filed: $2,417.83; Reference: | 7100-000 | | 2,417.83 | 116,428.07 |
| 10/13/10 | 110 | Capital Recovery III LLC As Assignee of Citibank | Dividend paid 100.00% on $7,125.23; Claim# 8; Filed: $7,125.23; Reference: | 7100-000 | | 7,125.23 | 109,302.84 |
| 10/13/10 | 111 | Sallie Mae | Dividend paid 100.00% on $6,337.51; Claim# 9; Filed: $6,337.51; Reference: 5466 1601 5669 4182 | 7100-000 | | 6,337.51 | 102,965.33 |
| 10/13/10 | 112 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | Dividend paid 100.00% on $2,564.51; Claim# 10; Filed: $2,564.51; Reference: 7001 0631 0278 2085 | 7200-000 | | 2,564.51 | 100,400.82 |
| 10/13/10 | 113 | TARGET NATIONAL BANK | Dividend paid 100.00% on $4.23; Claim# 1I; Filed: $4.23; Reference: 4352373361697748 | 7990-000 | | 4.23 | 100,396.59 |
| 10/13/10 | 114 | Chase Bank USA, N.A. | Dividend paid 100.00% on $10.13; Claim# 2I; Filed: $10.13; Reference: 4388 5400 1050 8033 | 7990-000 | | 10.13 | 100,386.46 |
| 10/13/10 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $0.90; Claim# 3I; Filed: $0.90; Reference: | 7990-000 | | 0.90 | 100,385.56 |

Subtotals :   $135,140.41   $34,754.85

{} Asset reference(s)

Printed: 03/10/2011 12:16 PM    V.12.56

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 09-74277 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | RIZZO, KATHY MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******56-66 - Checking Account |
| Taxpayer ID #: | **-***4639 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/10/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/10 | 116 | CAPITAL ONE BANK USA, N.A. | Dividend paid 100.00% on $28.88; Claim# 4I; Filed: $28.88; Reference: 5178 0523 3636 243 | 7990-000 | | 28.88 | 100,356.68 |
| 10/13/10 | 117 | CAPITAL ONE BANK USA, N.A. | Dividend paid 100.00% on $7.03; Claim# 5I; Filed: $7.03; Reference: 4115 0725 6000 8966 | 7990-000 | | 7.03 | 100,349.65 |
| 10/13/10 | 118 | GE Money Bank dba SAM'S CLUB | Dividend paid 100.00% on $12.02; Claim# 6I; Filed: $12.02; Reference: 7714100251905766 | 7990-000 | | 12.02 | 100,337.63 |
| 10/13/10 | 119 | PRA Receivables Management, LLC | Dividend paid 100.00% on $10.13; Claim# 7I; Filed: $10.13; Reference: | 7990-000 | | 10.13 | 100,327.50 |
| 10/13/10 | 120 | Capital Recovery III LLC As Assignee of Citibank | Dividend paid 100.00% on $29.85; Claim# 8I; Filed: $29.85; Reference: | 7990-000 | | 29.85 | 100,297.65 |
| 10/13/10 | 121 | Sallie Mae | Dividend paid 100.00% on $26.55; Claim# 9I; Filed: $26.55; Reference: 5466 1601 5669 4182 | 7990-000 | | 26.55 | 100,271.10 |
| 10/13/10 | 122 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | Dividend paid 100.00% on $10.74; Claim# 10I; Filed: $10.74; Reference: 7001 0631 0278 2085 | 7990-000 | | 10.74 | 100,260.36 |
| 10/13/10 | 123 | RIZZO, KATHY MARIE | Dividend paid 100.00% on $95,376.63; Claim# SURPLUS; Filed: $95,376.63; Reference: | 8200-000 | | 95,376.63 | 4,883.73 |
| 10/13/10 | 124 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,883.73 | 0.00 |
| | | | Dividend paid 100.00%     4,770.58 on $4,770.58;  Claim# ; Filed: $4,770.58 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      113.15 on $113.15;  Claim# ; Filed: $113.15 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 135,140.41 | 135,140.41 | $0.00 |
| Less: Bank Transfers | 135,140.41 | 0.00 | |
| Subtotal | 0.00 | 135,140.41 | |
| Less: Payments to Debtors | | 95,376.63 | |
| **NET Receipts / Disbursements** | **$0.00** | **$39,763.78** | |

{} Asset reference(s)    Printed: 03/10/2011 12:16 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 09-74277 | | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** | RIZZO, KATHY MARIE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******56-66 - Checking Account |
| **Taxpayer ID #:** | **-***4639 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 03/10/11 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****56-19 | 67.15 | 0.00 | 0.00 |
| MMA # ***-*****56-65 | 135,442.13 | 0.00 | 0.00 |
| TIA # 9200-******56-19 | 62.73 | 0.00 | 0.00 |
| MMA # 9200-******56-65 | 10.40 | 442.00 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 39,763.78 | 0.00 |
| | $135,582.41 | $40,205.78 | $0.00 |

{} Asset reference(s)         Printed: 03/10/2011 12:16 PM    V.12.56